# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern  DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Stephanie James<br><center>Debtor</center> | CHAPTER 13<br><br>BKY. NO. 18-13719 MDC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                Respectfully submitted,

                **/s/ Rebecca A. Solarz, Esquire**
                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322 FAX (215) 627-7734