**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        STEPHANIE JAMES              :  CHAPTER 13 #18-13719mdc

SS#          *** ** 5707          :
                                 :

**CHAPTER 13 PLAN**
**PLAN DATE: JULY 1, 2018**

(a)  The Debtor submits all or such portion of her future income to the control of the trustee as is, or may be, necessary for the execution of the plan.  The debtor shall pay to the trustee the sum of $__500__ each month to be distributed by the trustee under the plan, plus at least 1/48th of any unscheduled, but allowed secured and priority claims.

Specifically, the Debtor plans to pay the following creditors:

NATIONSTAR MORTGAGE

RONALD J. PRESSLEY, ESQUIRE

(b)  The payments to the trustee shall be made in installments conforming to the debtor's pay periods over a period of __54__ months in such amounts as may be required to provide for the payment of all costs of administration, the payment in full of all priority claims, and the present value of all allowed secured claims.  The debtor's total payments to the trustee under the plan shall not be less than $27,000.00.

(C)  Debtor hereby avoids all liens voidable under 11 U.S.C. 522(f).

(D)  In no event shall the unsecured creditors receive less than __0__% of their allowed claims, and the trustee may increase the plan payments as he deems necessary.

(i)  The suggested compensation for the trustee is $__1,500.00__
.

/s/  Stephanie James
                                 Debtor