**Fill in this information to identify your case:**

Debtor 1: STEPHANIE JAMES

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number (if known): 18-13719

☐ Check if this is an amended filing

# Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|

**2.1** Nation Star Morgage, LLC
Creditor's Name
8950 Cypress Waters Boulevard
Number    Street

Coppell    TX    75019
City    State    ZIP Code

Describe the property that secures the claim:
725 Kenmore Road - $140,000.00

$125,276.95    $140,000.00    $0.00

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Who owes the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  09/17/2009

Nature of lien. Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number  0601873417

**2.2**
Creditor's Name
Number    Street

City    State    ZIP Code

Describe the property that secures the claim:

$_____    $_____    $_____

of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number

Add the dollar value of your entries in Column A on this page. Write that number here:  $125,276.95

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

Debtor 1  STEPHANIE JAMES
         First Name   Middle Name   Last Name

Case number (if known) 18-13719

## Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| | |
|---|---|
| KML Law Group, P.C. <br> Name <br> Suite 5000 - BNY Independence Center <br> Street <br> 701 Market Street <br> Philadelphia   PA   19106-1532 <br> City   State   ZIP Code | On which line in Part 1 did you enter the creditor? 2.1 <br> Last 4 digits of account number  3417 |
| Mr. Cooper <br> Name <br> 8950 Cypress Waters Boulevard <br> Street <br><br> Coppell   TX   75019 <br> City   State   ZIP Code | On which line in Part 1 did you enter the creditor? 2.1 <br> Last 4 digits of account number  3417 |

Official Form 106D    Part 2 of Schedule D: Creditors Who Have Claims Secured by Property    page 2 of 2