**Fill in this information to identify your case:**

| Debtor 1 | STEPHANIE JAMES | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Eastern District of Pennsylvania

Case number   18-13719
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

| | | |
|---|---|---|
| Priority Creditor's Name | Last 4 digits of account number | $_____  $_____  $_____ |
| Number        Street | When was the debt incurred?  _____ | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**2.2**

| | | |
|---|---|---|
| Priority Creditor's Name | Last 4 digits of account number | $_____  $_____  $_____ |
| Number        Street | When was the debt incurred?  _____ | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

City        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1    STEPHANIE    JAMES    Case number (if known) 18-13719

First Name    Middle Name    Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1** CONVERGENT CITIZENS BANK

Nonpriority Creditor's Name

800 SW 39TH ST

Number    Street

P O BOX 9004

| RENTON | WA | 98057-9004 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number  9512

When was the debt incurred?  _____

$ 6,613.48

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Credit Card Debt

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.2** DIRECTV

Nonpriority Creditor's Name

RPM, LLC

Number    Street

POST OFFICE BOX 1548

| Lynnwood | WA | 98036 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number  6843

When was the debt incurred?  01/14/2018

$ 363.85

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.3** Farmers Insurance

Nonpriority Creditor's Name

Payment Processing Center

Number    Street

Post Office Box 0991

| Carol Stream | IL | 60132-0991 |
|---|---|---|
| City | State | ZIP Code |

Last 4 digits of account number  1078

When was the debt incurred?  10/20/2017

$ 500.00

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Canceled Auto Insurance

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | STEPHANIE  JAMES | | | Case number (if known) | 18-13719 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.**

---

**Total claim**

**4.4** PECO

Nonpriority Creditor's Name

2301 MARKET STREET

Number          Street

P O BOX 13778

PHILADELPHIA          PA          19101-3778

City                 State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  1006

When was the debt incurred?    12/06/2017

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Utility Services

$ 135.00

---

**4.5** PHILA GAS WORKS

Nonpriority Creditor's Name

P O BOX 3500

Number          Street

PHILADELPHIA          PA          19122-0500

City                 State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  8515

When was the debt incurred?    12/13/2017

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Utility Services

$ 600.00

---

**4.6** VERIZON

Nonpriority Creditor's Name

P O BOX 4842

Number          Street

TRENTON          NJ          08650-4842

City                 State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  0180

When was the debt incurred?    01/01/2018

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Telephone / Internet services

$ 0.00

---

Debtor 1   STEPHANIE  JAMES                                                     Case number (if known)  18-13719
         First Name     Middle Name     Last Name

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐  No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑  Yes

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

| 4.7 | WATER REVENUE BUREAU | Last 4 digits of account number  5001 | $ 150.00 |

Nonpriority Creditor's Name
MSB BLDG
Number     Street
1401 JFK BLVD

PHILADELPHIA          PA     19102-1663
City                State    ZIP Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☑  No
☐  Yes

As of the date you file, the claim is: Check all that apply.
☑  Contingent
☑  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify  Utility Services

| 4.8 | WORLD FINANCIAL NETWORK BANK | Last 4 digits of account number  2276 | $ 600.00 |

Nonpriority Creditor's Name
PORTFOLIO RECOVERY ASSOC. LLC
Number     Street
P O BOX 12914

Norfolk          VA     23541
City                State    ZIP Code

When was the debt incurred?    03/09/2018

**Who incurred the debt? Check one.**
☑  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☑  No
☐  Yes

As of the date you file, the claim is: Check all that apply.
☑  Contingent
☑  Unliquidated
☑  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☑  Other. Specify  Credit Card Debt

|  | | Last 4 digits of account number | $ |

Nonpriority Creditor's Name
Number     Street

City                State    ZIP Code

When was the debt incurred?  _____

**Who incurred the debt? Check one.**
☐  Debtor 1 only
☐  Debtor 2 only
☐  Debtor 1 and Debtor 2 only
☐  At least one of the debtors and another

☐  Check if this claim is for a community debt

**Is the claim subject to offset?**
☐  No
☐  Yes

As of the date you file, the claim is: Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed

**Type of NONPRIORITY unsecured claim:**
☐  Student loans
☐  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐  Debts to pension or profit-sharing plans, and other similar debts
☐  Other. Specify

| Debtor 1 | STEPHANIE JAMES | | | Case number (if known) | 18-13719 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

6a. Domestic support obligations — 6a. $ 0.00

6b. Taxes and certain other debts you owe the government — 6b. $ 0.00

6c. Claims for death or personal injury while you were intoxicated — 6c. $ 0.00

6d. Other. Add all other priority unsecured claims. Write that amount here. — 6d. + $ 0.00

6e. Total. Add lines 6a through 6d. — 6e. $ 0.00

**Total claim**

**Total claims from Part 2**

6f. Student loans — 6f. $ 0.00

6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims — 6g. $ 0.00

6h. Debts to pension or profit-sharing plans, and other similar debts — 6h. $ 0.00

6i. Other. Add all other nonpriority unsecured claims. Write that amount here. — 6i. + $ 8,962.33

6j. Total. Add lines 6f through 6i. — 6j. $ 8,962.33