UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHANIE JAMES | : CHAPTER 13 |
| Debtor | : |
| NATIONSTAR MORTGAGE LLC d/b/a | : BANKRUPTCY NO. 18-13719 mdc |
| MR. COOPER | : |
| Movant | : |
| vs. | : |
| STEPHANIE JAMES | : |
| Debtor | : |
| And | : |
| WILLIAM C. MILLER | : |
| Trustee | : |

ORDER

AND NOW, this _____ day of _____, 20__, it is ORDERED AND DECREED that Petitioner, NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER's Motion for Relief is denied.

BY THE COURT:

_____
J.

cc: Stephanie James
725 Kenmore Road
Philadelphia, Pa 19151

William C. Miller, Esquire
Post Office Box 1229
Philadelphia, PA 19105
Chapter 13 Standing Trustee

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Attorney for Movant

U.S. Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHANIE JAMES | : CHAPTER 13 |
| Debtor | : |
| NATIONSTAR MORTGAGE LLC d/b/a | : BANKRUPTCY NO. 18-13719 mdc |
| MR. COOPER | : |
| Movant | : |
| vs. | : |
| STEPHANIE JAMES | : |
| Debtor | : |
| And | : |
| WILLIAM C. MILLER | : |
| Trustee | : |

### DEBTOR'S RESPONSE TO LITTON LOAN'S MOTION FOR RELIEF

Debtor Stephanie James, answers the motion of Nationstar Mortgage d/b/a Mr. Cooper for relief as follows:

1.-2.   Admitted.

3.   Denied.

4.-5.   Admitted.

6.-12.   Denied. .

WHEREFORE, Debtor respectfully requests and prays that the Court deny the movant's request for relief, costs and attorney's fees.

/s/ Ronald J. Pressley, Esquire
Counsel for Debtor
Ronald J. Pressley & Assocs. LLC
Suite 200, 1430 Walnut Street
Philadelphia, PA 19102
(215) 629-3800

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: STEPHANIE JAMES | : CHAPTER 13 |
| Debtor | : |
| NATIONSTAR MORTGAGE LLC d/b/a | : BANKRUPTCY NO. 18-13719 mdc |
| MR. COOPER | : |
| Movant | : |
| vs. | : |
| STEPHANIE JAMES | : |
| Debtor | : |
| And | : |
| WILLIAM C. MILLER | : |
| Trustee | : |

### CERTIFICATION OF SERVICE

I, RONALD J. PRESSLEY, ESQUIRE, counsel for the above captioned debtor hereby certifies that a true and correct copy of the foregoing DEBTOR'S RESPONSE TO NATIONSTAR'S d/b/a MR. COOPER'S MOTION FOR RELIEF FROM STAY was served electronically this date upon the following:

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

William C. Miller, Esquire
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106
Chapter 13 Standing Trustee

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
U.S. Trustee

So Certified: September 10, 2018

/s/ RONALD J. PRESSLEY
Counsel for Debtor