# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                     Chapter 13

                                     Bankruptcy No. 18-13719-MDC

STEPHANIE  JAMES

725 KENMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STEPHANIE  JAMES

    725 KENMORE ROAD

    PHILADELPHIA, PA 19151

**Counsel for debtor(s), by electronic notice only.**
    RONALD PRESSLEY ESQUIRE
    BAILEY BUILDING - SUITE 1100
    1218 CHESTNUT ST
    PHILADELPHIA, PA 19107-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 10/24/2018

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee