UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: STEPHANIE JAMES      : CHAPTER 13 BKY
           DEBTOR      : NO. 18-13719 mdc

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)**

I, Ronald J. Pressley, Esquire, upon my oath according law, hereby certify as follows in connection with the confirmation hearing scheduled in the above referenced case:

1. The above-named debtor is current with all post-petition obliations.

2. The above-named debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above-named debtor has filed all applicable Federal, State and local tax returns, are required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of debtor, counsel certifies that debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: November 12, 2019           BY: /s/ Ronald J. Pressley, Esquire
                                                               Ronald J. Pressley, Esquire
                                                               Counsel for Debtor