## Paystub

|  |  |
|---|---|
| Employee Name: Jamer, Stephanie | Employee Number: 203367 |
| Organization Email Address: Stephanie.Pinder@courts.phila.gov | Business Group: City of Philadelphia |

### Pay Information

**Current Amount** — Gross Earnings: 2344.78

**YTD Amount** — Gross Earnings: 97040.7

Choose a Payslip: [01-NOV-2019 - 203367 - Check 1]  (Go)

|  |  |  |  |
|---|---|---|---|
| Employee: Stephanie Janice | Employer Name: FJD 1st Judicial District PA |
| Job Title: HSW Hearing Officer 2 | Employer Phone Number: |
| National Identifier: [redacted] | Organization: FJD 1st Judicial District PA |
| Employee Number: 203367 | Pay Calculation Method: |
| Latest Hire Date: 26-Oct-2003 | Pay Basis: COP Reg Sal |
| Original Hire Date: 13-Jun-1983 | Frequency: Week |
| Adjusted Service Date: 02-Jan-2006 | Suffix: |
| Assignment Number: 203367 | Bargaining Unit: Courts - DC 47 Local 810 |
| Location: 1501 Arch St | Collective Agreement: |
| Position: H062.08...FJD Domestic Relations Branch | Grade: |
| Payroll: Bi Week | GRE: PLC21 |
| Employee Address: 725 Kenmore Road Philadelphia PA 19151 | Employer Address: City Hall, Broad & Market Sts, Room 298 Philadelphia PA 19107 |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| Bi-Week | 01-Nov-2019 | 14-Oct-2019 | 27-Oct-2019 | 30/210.00 | 60225.00 |

### Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2344.78 | 142.68 | 855.64 | 601.26 | 752.31 |
| YTD | 37548.70 | 2707.47 | 9837.03 | 12810.45 | 11674.50 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular |  |  | 50.00 | 2026.79 | 1363.00 | 26424.11 |
| Longevity Pay |  |  |  | 31.49 |  | 526.69 |
| Legal Aid |  |  |  | 16.00 |  | 114.00 |

## Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Med Ded Pretax | 28.57 | 425.92 |
| Pen Pen Y3 | 118.35 | 1777.25 |
| Transit Pretax | 0.00 | 804.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 292.36 | 4490.36 |
| Social Security | 143.72 | 2233.06 |
| Medicare | 33.61 | 523.65 |
| PA State Tax | 71.17 | 1074.20 |
| PA Unemployment | 1.39 | 21.87 |
| Philadelphia | 90.97 | 1497.13 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union DC47 PAC | 4.20 | 67.20 |
| Benefits Plus Insurance | 61.12 | 1057.92 |
| Credit CU | 700.00 | 11200.00 |
| Life Ins Opt | 1.18 | 14.18 |
| Union Dues | 29.45 | 471.20 |

### Accounts

| Description | Current | Balance |
|---|---|---|
| Other | | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 0 | | 4.00 | 0.00 | |
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 03710850 | WELLS FARGO | C | XXXXXXXX790 | 752.31 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No records found. | | | | |

Copyright (c) 1998, 2017, Oracle and/or its affiliates. All rights reserved.    Privacy Statement



Payslip — Page 1 of 2

Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Med Gnd Pretax | 23.32 | 959.30 |
| Pen_Plan Y3 | 116.26 | 1881.08 |
| Transit Pretax | 72.00 | 504.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 273.84 | 4190.03 |
| Social Security | 103.53 | 2125.93 |
| Medicare | 92.51 | 490.44 |
| PA State Tax | 70.71 | 1068.04 |
| Philadelphia | 92.49 | 1346.41 |
| PA Unemp/dyment | 1.38 | 20.55 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union DC47 PAC | 4.80 | 63.00 |
| Union Dues | 29.45 | 441.75 |
| Divisn CU | 700.00 | 10500.00 |
| Life Ins Opt | 2.00 | 12.50 |
| Dental Plus Insurance | 65.12 | 991.80 |

### Accruals

| Description | Current | Balance |
|---|---|---|
| Other | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 0 | | 0.00 | 0.00 | 0 |
| Pennsylvania | (Not Used) | 0 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 5h7929925 | WELLS FARGO | C | XXXXXXXX0772 | 708.02 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |

Copyright (c) 1998, 2017, Oracle and/or its affiliates. All rights reserved.                    Privacy Statement

≡     COP HR Employee Self Service     🏠  ☆  ⚙  🔔     Logged in As STEPHANIE.JAMES-PINDER   ?  ⏻

## Payslip

| | |
|---|---|
| Employee Name: James, Stephanie | Employee Number: 205357 |
| Signification Email Address: stephanie.pinder@courts.phila.gov | Employee Group: City of Philadelphia |

### Pay Information

[Details] [Taxes] [Deductions] [Net Pay] [Pre-Tax] [Taxes] [Deductions] [Net Pay]

**Current Amount**  —  Gross Earnings: $2844.76

**YTD Amount**  —  Gross Earnings: $57042.7

Choose a Payslip: [04-OCT-2019 - 205357 - Week (T)]

| | | | |
|---|---|---|---|
| Employee: Stephanie James | | Employer Name: PJD 1st Judicial District PA | |
| Job title: H003-Hearing Officer 2 | | Employer Phone Number: | |
| National Identifier: [redacted] | | Organization: PJD 1st Judicial District PA | |
| Employee Number: 205357 | | Pay Calculation Method: | |
| Latest Hire Date: 23-Oct-2006 | | Pay Basis: COP Nurses | |
| Original Hire Date: 16-Jun-1992 | | Frequency: Week | |
| Adjusted Service Date: 02-Jan-2008 | | Shift: | |
| Assignment Number: 205357 | | Bargaining Unit: Courts - CC 47 U-do 510 | |
| Location: 1501 Arch St | | Collective Agreement: | |
| Position: H003-GR_PJD Domestic Relations Branch | | Contract: | |
| Payroll: Per Diem | | Grade: PX21 | |
| Employee Address: 235 Kenmore Road | | Employer Address: City Hall, Broad & Market Sts, Room 283 |
| Philadelphia | | Philadelphia | |
| PA | | PA | |
| 19151 | | 19107 | |

### Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate | Annual Salary |
|---|---|---|---|---|---|
| 51/Week | 04-Oct-2019 | 16-Sep-2019 | 29-Sep-2019 | 61315.00 | 60216.30 |

### Gross Salary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2844.76 | 142.28 | 824.48 | 500.95 | 762.00 |
| YTD | 57328.14 | 2949.61 | 16070.38 | 11200.70 | 10114.23 |

### Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular | | | 80.00 | 2296.33 | 1120.00 | 51527.65 |
| | | | | 31.48 | | 442.60 |
| Longevity Pay | | | | | 16.00 | 99.21 |
| Legal Aid | | | | | | |

## Rate Details

### Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Med Nel Pretax | 28.62 | 372.68 |
| Pen_Plan Y3 | 116.28 | 1544.63 |
| Transit Pretax | 0.00 | 492.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 292.86 | 3924.16 |
| Social Security | 143.73 | 1961.00 |
| Medicare | 33.51 | 457.68 |
| PA State Tax | 71.17 | 982.03 |
| PA Unemployment | 1.39 | 19.20 |
| Philadelphia | 91.00 | 1256.22 |

### After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Union DC47 PAC | 4.20 | 58.60 |
| Union Dues | 25.40 | 312.30 |
| Life Ins Opt | 1.15 | 12.98 |
| Civilian CU | 700.00 | 9902.00 |
| DC47 Disability Ins | 65.12 | 625.34 |

### Accruals

| Description | Current | Balance |
|---|---|---|
| Other | 0.00 | 0.00 |

### Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | | | 0.00 | 0.00 | 0 |
| Pennsylvania | Not Used | 0 | | 0.00 | 0.00 | 0 |

### Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 20362965 | WELLS FARGO | C | XXXXXXXXXX7792 | 718.07 |

### TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |

Copyright (c) 1996, 2017, Oracle and/or its affiliates. All rights reserved.                          Privacy Statement