**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| STEPHANIE JAMES | : | |
| | : | BANKRUPTCY NO. 18-13719-{MDC) |
| Debtor | : | |

### PRAECIPE TO AMEND DEBTOR'S COUNSEL'S ADDRESS

TO THE CLERK:

Kindly amend the address of debtor's counsel in the above captioned case:

FROM:

Ronald J. Pressley, Esquire
Bailey Building, Suite 1100
1218 Chestnut Street
Philadelphia, PA 19107

TO:

**Ronald J. Pressley, Esquire
Suite 200, 1430 Walnut Street
Philadelphia, Pa 19102**

/s/ Ronald J. Pressley
RONALD J. PRESSLEY
Counsel for Debtor
1430 Walnut Street
Suite 200
Philadelphia, PA 19102
(215) 629-3800

Dated: November 13, 2019