**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: STEPHANIE JAMES :  CHAPTER 13
               Debtor :
                                         :  BANKRUPTCY NO. 18-13719 mdc

## CERTIFICATION OF SERVICE

I, RONALD J. PRESSLEY, ESQUIRE, counsel for the above captioned debtor hereby certifies that a true and correct copy of the **DEBTOR'S FIFTH AMENDED CHAPTER 13 PLAN** was served electronically and via regular mail this date upon the following:

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
U.S. Trustee

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1538

CITY OF PHILADELPHIA
Law Department Tax & Revenue Unit
Bankruptcy Group, MSB
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595

So Certified: January 21, 2020

                                                                       /s/ RONALD J. PRESSLEY
                                                                          Counsel for Debtor