IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                                 :
                                                       :          Chapter 13
                STEPHANIE JAMES                        :
                                                       :          No. 18-13719 - MDC
                        Debtor.                        :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 3-1 filed by the City of Philadelphia on November 27, 2018 in the amount of $111.40.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: March 10, 2020        By:    */s/Pamela Elchert Thurmond*
                PAMELA ELCHERT THURMOND
                Deputy City Solicitor
                PA Attorney I.D. 202054
                City of Philadelphia Law Department
                1401 JFK Boulevard, 5th Floor
                Philadelphia, PA 19102
                215-686-0508 (phone)
                215-686-0588 (facsimile)
                Email: Pamela.Thurmond@phila.gov