**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: STEPHANIE JAMES | : CHAPTER 13 |
| Debtor | : |
| | : BANKRUPTCY NO. 18-13719 mdc |

**CERTIFICATION OF NO OBJECTION TO APPLICATION**
**TO APPROVE COUNSEL FEES**

I, RONALD J. PRESSLEY, ESQUIRE, attorney for the above captioned debtor, hereby certify that a true and correct copy of the debtor's counsel's Application to Approve Counsel Fees was served December 2, 2022 by electronic mail, regular mail, postage pre-paid upon the Standing Chapter 13 Trustee and the creditors listed on the attached matrix and that no objection has been filed with this court.

Date: December 29, 2022        /s/Ronald J. Pressley
                RONALD J. PRESSLEY, ESQUIRE
                1015 Chestnut Street, Suite 907
                Philadelphia, PA 19107
                (215) 629-3800