**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: STEPHANIE JAMES : CHAPTER 13
                Debtor :
                                        : BANKRUPTCY NO. 18-13719 mdc

## ORDER APPROVING COUNSEL FEE

AND NOW, this 6th day of January 2023, in consideration of the foregoing Application for APPROVAL of $2,710.00 Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of $2,710.00 approved and the balance due counsel in the amount of $2,710.00 all be disbursed for debtor by the Standing Chapter 13 Trustee to the extent allowed by the confirmed plan.

_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE

cc: Ronald J. Pressley, Esquire
1015 Chestnut Street
Suite 907
Philadelphia, PA 19107

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107