Certificate Number: 01267-PAE-DE-037268034

Bankruptcy Case Number: 18-13719



01267-PAE-DE-037268034

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2023</u>, at <u>4:28</u> o'clock <u>PM CDT</u>, <u>Stephanie James</u> completed a course on personal financial management given <u>by telephone</u> by <u>Money Management International, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 16, 2023</u>　　　　　By:  <u>/s/Cristina Gonzalez</u>

　　　　　　　　　　　　　　　　　Name:  <u>Cristina Gonzalez</u>

　　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>