United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-13719-mdc

Stephanie James     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 12, 2023     Form ID: 206     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephanie James, 725 Kenmore Road, Philadelphia, PA 19151-3745 |
| NONE | + | Tax & Revenue Unit City of Philadelphia, Major Tax Litigation Division, MSB, 1401 John F. Kennedy Blvd, 5th Flr, Philadelphia, PA 19102-1617 |
| 14131019 | | CONVERGENT CITIZENS BANK, 800 SW 39TH ST, P O BOX 9004, RENTON, WA 98057-9004 |
| 14131020 | + | DIRECTV, RPM, LLC, POST OFFICE BOX 1548, Lynnwood, WA 98046-1548 |
| 14131021 | | Farmers Insurance, Payment Processing Center, Post Office Box 0991, Carol Stream, IL 60132-0991 |
| 14131026 | | PHILA GAS WORKS, P O BOX 3500, PHILADELPHIA, PA 19122-0500 |
| 14131029 | + | WORLD FINANCIAL NETWORK BANK, PORTFOLIO RECOVERY ASSOC. LLC, P O BOX 12914, Norfolk, VA 23541-0914 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2023 00:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2023 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 13 2023 00:43:54 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14235921 | | Email/Text: megan.harper@phila.gov | Jun 13 2023 00:41:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14129122 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 13 2023 00:41:00 | ECMC, Po Box 16408, St Paul, MN 55116-0408 |
| 14131022 | ^ | MEBN | Jun 13 2023 00:36:13 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14131023 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2023 00:41:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14131024 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2023 00:41:00 | Nation Star Morgage, LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14166226 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 13 2023 00:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14131025 | | Email/Text: bankruptcygroup@peco-energy.com | Jun 13 2023 00:41:00 | PECO, 2301 MARKET STREET, P O BOX 13778, PHILADELPHIA, PA 19101-3778 |
| 14118398 | + | Email/PDF: rmscedi@recoverycorp.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 12, 2023 | Form ID: 206 | Total Noticed: 19 |

| | | Jun 13 2023 00:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 14131028 | Email/Text: megan.harper@phila.gov | Jun 13 2023 00:41:00 | WATER REVENUE BUREAU, MSB BLDG, 1401 JFK BLVD, PHILADELPHIA, PA 19102-1663 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14131030 | * | CONVERGENT CITIZENS BANK, 800 SW 39TH ST, P O BOX 9004, RENTON, WA 98057-9004 |
| 14131031 | *+ | DIRECTV, RPM, LLC, POST OFFICE BOX 1548, Lynnwood, WA 98046-1548 |
| 14131032 | * | Farmers Insurance, Payment Processing Center, Post Office Box 0991, Carol Stream, IL 60132-0991 |
| 14131033 | *+ | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14131034 | *+ | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14131035 | *+ | Nation Star Morgage, LLC, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| 14131036 | * | PECO, 2301 MARKET STREET, P O BOX 13778, PHILADELPHIA, PA 19101-3778 |
| 14131037 | * | PHILA GAS WORKS, P O BOX 3500, PHILADELPHIA, PA 19122-0500 |
| 14131038 | * | VERIZON, P O BOX 4842, TRENTON, NJ 08650-4842 |
| 14131039 | * | WATER REVENUE BUREAU, MSB BLDG, 1401 JFK BLVD, PHILADELPHIA, PA 19102-1663 |
| 14131040 | *+ | WORLD FINANCIAL NETWORK BANK, PORTFOLIO RECOVERY ASSOC. LLC, P O BOX 12914, Norfolk, VA 23541-0914 |
| 14131027 | ## | VERIZON, P O BOX 4842, TRENTON, NJ 08650-4842 |

TOTAL: 0 Undeliverable, 11 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAMELA ELCHERT THURMOND | on behalf of Tax & Revenue Unit City of Philadelphia pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov |
| RONALD J. PRESSLEY | on behalf of Debtor Stephanie James rjp@rjpressley.com  G5584@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Stephanie James                                         Case No: 18−13719−mdc

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☐ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 6/12/23

For The Court

Timothy B. McGrath
Clerk of Court

105
Form 206